1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NUSRAT KHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>STRATA CREDIT UNION, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:22-cv-00470-JLT-BAK (EPG)<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDER TO FILE DISMISSAL DOCUMENTS AS TO DEFENDANT TRANSUNION, LLC |

On April 21, 2022, the parties reported that they had reached a settlement agreement with Defendant TransUnion, LLC. (ECF No. 3). On April 28, 2022, the Court issued a minute order after the notice of settlement, directing the parties to file the appropriate dismissal documents within twenty-one days pursuant to Local Rule 160(b). (ECF No. 5). More than twenty-one days have passed, and the parties have failed to comply.

Therefore, the Court **ORDERS** that **within 14 days**, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's order to file the dismissal documents.

\\\

\\\

\\\

\\\

Alternatively, within that same time, they may file the appropriate dismissal documents as to Defendant TransUnion, LLC.

IT IS SO ORDERED.

Dated:  __**May 25, 2022**__         __/s/ Erica P. Grosjean__

UNITED STATES MAGISTRATE JUDGE