UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUSRAT KHAN,<br><br>    Plaintiff,<br><br>  v.<br><br>STRATA CREDIT UNION, et al.,<br><br>    Defendants. | Case No.: 1:22-cv-00470-JLT-BAK (EPG)<br><br>ORDER DISMISSING DEFENDANT TRANSUNION, LLC WITHOUT PREJUDICE<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On April 21, 2022, the parties reported that they had reached a settlement agreement with Defendant TransUnion, LLC. (ECF No. 3). On April 28, 2022, the Court issued a minute order after the notice of settlement, directing the parties to file the appropriate dismissal documents within twenty-one days pursuant to Local Rule 160(b). (ECF No. 5). The parties failed to comply, and on May 26, 2022, the Court ordered the parties to show cause why sanctions should not be imposed for their failure to comply with the Court's order. (ECF No. 6).

On June 8, 2022, Plaintiff filed a notice of voluntary dismissal without prejudice of Defendant TransUnion, LLC only from the action pursuant to Federal Rules of Civil Procedure Rule 41. (ECF No. 8). Accordingly, the Court **ORDERS**:

    1. Defendant TransUnion, LLC is terminated by operation of law without further order from the Court. The Clerk of the Court is directed to terminate Defendant TransUnion, LLC;

\\\

2. The order to show cause issued May 26, 2022 (ECF No. 6) is discharged.

IT IS SO ORDERED.

Dated: **June 9, 2022**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE