UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUSRAT KHAN, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>STRATA CREDIT UNION, et al., <br><br>　　　　Defendants. | Case No.: 1:22-cv-00470-JLT-BAK (EPG) <br><br> ORDER AFTER NOTICE OF SETTLEMENT |

On June 3, 2022, Plaintiff filed a notice that Plaintiff reached a settlement agreement with Defendant Strata Credit Union and settlement of the entire case and as to all Defendants. (ECF No. 7). Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than June 27, 2022**;
2. All pending dates, conferences and hearings are **VACATED**.

IT IS SO ORDERED.

　　Dated: **June 9, 2022**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE