UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUSRAT KHAN,<br><br>             Plaintiff,<br><br>     v.<br><br>STRATA CREDIT UNION, et al.,<br><br>             Defendants. | Case No.  1:22-cv-00470-JLT-BAK<br><br>ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION<br><br>(ECF No. 12) |

The parties have filed a stipulation to dismiss this entire action with prejudice. (ECF No. 12.) In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **July 21, 2022**                                   /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE

1